cc: OSU
Cashier

IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF MISSOURI
EASTERN DIVISION

Fee paid

FILED

FEB 4 2000

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

BRIDGE INFORMATION SYSTEMS, INC., a Missouri Corporation,

Plaintiff,

vs.

2BRIDGE, a California Corporation,

Defendant.

No. 4:99CV01514CAS

2/4/00

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Andrew Phillip Bridges, move to be admitted pro hac vice to the bar of this court for the purpose of representing Defendant, 2Bridge, in this matter. In support of this motion, I submit the following information as required by Rule 12.01 (E):

(a) Full name of the movant-attorney: Andrew Phillip Bridges

(b) Address, telephone number and fax number of the movant-attorney;

650 Page Mill Road
Pal Alto, California 94304-1050
(650) 320-4861
(650) 565-5100 Fax

(c) Wilson, Sonsini, Goodrich & Rosati

(d) Name of the law school(s) movant attended and the date(s) of graduation therefrom; Harvard Law School, Cambridge, MA 6/83

(e) Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;

| | | |
|---|---|---|
| Georgia Lower Courts | 6/18/84 | #080850 |
| Georgia Court of Appeals | 6/26/84 | #080850 |

#14

UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 02/04/00 by cliddy

4:99cv1514 Bridge Information vs 2Bridge

15:1051 Trademark Infringement

IF THIS IS A FINAL JUDGMENT YOU MUST SEND THE AO120 PATENT/TRADEMARK FORM TO:

COMMISSIONER OF PATENTS & TRAKEMARKS
WASHINGTON, DC 20231

| | |
|---|---|
| Andrew Bridges - | Fax: 650-565-5100 |
| Daniel Crowe - 46991 | Fax: 314-259-2020 |
| Mark Dunn - 27169 | Fax: 314-231-4656 |
| Lawrence Evans - 3077 | Fax: 314-231-4656 |
| David Roodman - 5116 | Fax: 314-259-2020 |
| Steven Schwartz - 4316 | Fax: 314-421-3128 |

SCANNED & FAXED BY:
FEB - 4 1999
C. L. F.